IN THE U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | No.: 3:11-00070 MD/TN |
| ) | Judge William J. Haynes |
| Nathan Marrion Ball ) | |

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW the Defendant, Nathan Marrion Ball, through counsel, Guy W. Blackwell, Esq., and moves the Court for early termination of his supervised release, which is currently scheduled to end on or about May 9, 2013. Title 18 U.S. Code § 3583(e)(1) allows the Court to "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release ... if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice."

The Defendant, through counsel, submits the attached Affidavit and Exhibits, and submit they and the record in this case establishes termination of supervised release is warranted by the post-arrest conduct of the Defendant and the interest of justice.

*ORDER: The Court commend the Defendant for his rehabilitation, but given his history of drugs, guns and domestic violence, this motion is DENIED.*

*[signature] 9-17-12*

Respectfully submitted,

[signature] Guy W. Blackwell
Guy W. Blackwell (BPR # 008225)
Law Office of Guy W. Blackwell, P.C.
138 Saylor Road
Gray, TN 37615
423-557-3924
Fax: 423-753-5846
gwblawoffice@comcast.net